UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

Dimerco Express (U.S.A.) Corp., : ECF Case
: 
                Plaintiff, : Civil Action No.: 08 cv 5662 (RMB)
:
-against- : Rule 7.1 (a) Statement
:
Corplogoware, LLC, :
Incentive Marketing, Inc. and :
Post No Bills Inc., :
:
                Defendants. :

------------------------------------------------------X

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dimerco Express (U.S.A.) Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

**NONE**

Dated: June 19, 2008

                                                Respectively submitted,

                              By:   _____
                                      Henry P. Gonzalez, LL.M. (HPG 9238)
                                      **RODRIGUEZ O'DONNELL**
                                      **GONZALEZ & WILLIAMS, P.C.**
                                      1211 Connecticut Ave., N.W., Suite 800
                                      Washington, D.C. 20036
                                      (202) 973-2980   Telephone
                                      (202) 293-3307   Facsimile

                                      Attorneys for Plaintiff, Dimerco Express
                                      (U.S.A.) Corp