RODRIGUEZ O'DONNELL ROSS
GONZALEZ & WILLIAMS, P.C.
ATTORNEYS AND COUNSELLORS AT LAW
WASHINGTON · CHICAGO · NEW YORK · LOS ANGELES

20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE 312-372-7000
FACSIMILE 312-372-1719

5777 W. CENTURY BLVD.
LOS ANGELES, CA 90045
TELEPHONE 310-410-4414
FACSIMILE 310-410-1017

HENRY P. GONZALEZ, LL.M.

DIRECT DIAL: 202-973-2980
gonzalez@rorfgw.com

Admitted in New York; In D.C., practice limited to matters before federal courts and agencies.

REPLY TO:
1211 CONNECTICUT AVENUE, N.W.
SUITE 800
WASHINGTON, D.C. 20036
TELEPHONE 202-293-3300
FACSIMILE 202-293-3307

45 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10111
TELEPHONE 212-332-8136
FACSIMILE 212-332-3401

July 28, 2008

**By Facsimile (212-805-6717) and Overnight Mail**

Honorable Judge Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

Re:   Dimerco Express (U.S.A.) Corp. v. Corplogoware, LLC, et al.
      Case No.: 08 CV 5662 (RMB)
      Request for Adjournment

Dear Judge Berman:

We are the attorneys for Plaintiff in the above-referenced matter. An initial pre-trial conference is scheduled for Thursday, July 31, 2008 at 9:00 a.m. We respectfully request an adjournment of the conference. This is our first request for an adjournment.

We conferred with counsel for Defendant Post No Bills' ("PNB"), and he does not oppose our request for an adjournment. Plaintiff and Defendant PNB are engaged in settlement discussions.

With respect to Defendant Corplogoware, LLC ("Corplogoware"), Mr. Bob Evers, Chief Financial Officer of Corplogoware, does not oppose our request for an adjournment. Corplogoware informed us that it intends to file bankruptcy although no petition has been filed as of the date of this letter. We have contacted counsel for Corplogoware's bankruptcy case, but she advised us that they do not represent Corplogoware in this action.

Regarding Defendant Incentive Marketing, Inc. ("Incentive Marketing"), we served Mr. Jay Todd Marburger who appears to be the Chief Executive Officer of Incentive Marketing. Mr. Marburger's counsel contacted us, and advised that he only represents Mr. Marburger individually.

In view of the above, we seek an adjournment to continue our settlement discussions with Defendant PNB, and to allow Defendants Corplogoware and Incentive Marketing to appoint

counsel. Therefore, we respectfully request an adjournment of the initial pre-trial conference to the mid-September 2008.

We appreciate the Court's consideration to our request. If you have any questions, please do not hesitate to contact the undersigned counsel.

Very truly yours,

RODRIGUEZ O'DONNELL
GONZALEZ & WILLIAMS, P.C.

By: *[signature]*

Henry P. Gonzalez, LL.M.
Attorneys for Plaintiffs,
Dimerco Express (U.S.A.) Corp.


Cc: Bentz Kirby, Esq.
Attorneys for Defendant Post No Bills

Mr. Bob Evers
CFO of Defendant Corplogoware, LLC

Mr. Jay Todd Marburger
CEO of Defendant of Incentive Marketing, Inc.
c/o Jonathon A. Gligg, Esq.
Womble Carlyle
Attorneys for Mr. Jay Todd Marburger, Individually

---

Application granted. Conference adjourned to 9/8/08 at 9:00 a.m.

SO ORDERED:
Date: 7/29/08

*[signature]*
Richard M. Berman, U.S.D.J.