IN ---------  COUNTY
FOR United States District Court  COURT
Southern District of New York

Dimerco Express (U.S.A.) Corp.

*Plaintiff*

vs.                                    Case Number:  08 CIV 5662 (RMB)

Corplogoware, LLC et al.

*Defendant*

### AFFIDAVIT OF SERVICE

COMES NOW, __Terri Ross__, a United States citizen over the age of 18 years, before the undersigned duly authorized to administer oaths, and being sworn on oath, deposed and states as follows:

I did serve   Jay Todd Marburger
Summons and complaint in a civil action AND notice of initial pre-trial conference and case management plan

in the above matter, by handing same to   Jay Todd Marburger
at the address of   135 Willow Way, Roswell, GA 30076
                                          at   8:50 p.m.
on the   14th                day of   July                  ,20  08

Signature

Terri Ross
Print Name

Sworn to and subscribed before me this 17 day of July, 20 08

Notary
My commission expires on 6/17/12

|  |  |  |
|---|---|---|
| IN | ‑‑‑‑‑‑‑‑‑ | COUNTY |
| FOR | United States District Court | COURT |
|  | Southern District of New York |  |

Dimerco Express (U.S.A.) Corp.

*Plaintiff*

vs.   Case Number:   08 CIV 5662 (RMB)

Incentive Marketing, Inc.
*Defendant*

## AFFIDAVIT OF SERVICE

**COMES NOW,** _Terri Ross_, a United States citizen over the age of 18 years, before the undersigned duly authorized to administer oaths, and being sworn on oath, deposed and states as follows:

I did serve   Jay Todd Marburger
Summons and complaint in a civil action AND notice of initial pre-trial conference and case management plan

in the above matter, by handing same to   Jay Todd Marburger
at the address of   135 Willow Way, Roswell, GA 30076
                                                        at   8:50 p.m.
on the   14th                 day of   July                 ,20 08

_[signature]_
Signature

Terri Ross
Print Name

Sworn to and subscribed before me this  17  day of  July  ,20 08

Notary _[signature]_
My commission expires on  6/17/12

&AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Dimerco Express (U.S.A.) Corp.

V.

Corplogoware, LLC,
et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5662

TO: (Name and address of Defendant)

Post No Bills, Inc.
801 Gervais Street,
Columbia, South Carolina 29201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry P. Gonzalez, LL.M. (HPG 9238)
Rodriguez, O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Ave., N.W., Suite 800
(202) 973-2980  Telephone
(202) 293-3307  Facsimile

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 24 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 07-01-2008 |
| NAME OF SERVER (PRINT) GLENN M. BRADLEY | TITLE Investigator/Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: LAURIE BABIN
          801 GERVAIS ST. COLUMBIA, S.C. 29201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07-01-2008      *[signature: Glenn M. Bradley]*
          Date                        Signature of Server

                4265 Augusta Road Lexington SC 29073 (N)
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.