IN ---------- COUNTY
FOR United States District Court COURT
Southern District of New York

Dimerco Express (U.S.A.) Corp.

*Plaintiff*

vs.   Case Number:   08 CIV 5662 (RMB)

Incentive Marketing, Inc.

*Defendant*

## AFFIDAVIT OF SERVICE

COMES NOW, _____Terri Ross_____, a United States citizen over the age of 18 years, before the undersigned duly authorized to administer oaths, and being sworn on oath, deposed and states as follows:

I did serve   Jay Todd Marburger
Summons and complaint in a civil action AND notice of initial pre-trial conference and case management plan

in the above matter, by handing same to   Jay Todd Marburger
at the address of   135 Willow Way, Roswell, GA  30076
at   8:50 p.m.
on the   14th   day of   July   ,20 08

Signature

Terri Ross
Print Name

Sworn to and subscribed before me this  17  day of  July  ,20 08

Notary
My commission expires on   6/17/12