AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

Dimerco Express (U.S.A.) Corp.

**SUMMONS IN A CIVIL ACTION**

V.

Corplogoware, LLC,
et al.

CASE NUMBER: 08 CIV 5662

TO: (Name and address of Defendant)

Post No Bills, Inc.
801 Gervais Street,
Columbia, South Carolina 29201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henry P. Gonzalez, LL.M. (HPG 9238)
Rodriguez, O'Donnell Gonzalez & Williams, P.C.
1211 Connecticut Ave., N.W., Suite 800
(202) 973-2980  Telephone
(202) 293-3307  Facsimile

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    JUN 24 2008

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE 07-01-2008 |
| NAME OF SERVER (PRINT) Glenn M. Bradley || TITLE Investigator/Process Server |
| *Check one box below to indicate appropriate method of service* |||

☒ Served personally upon the defendant. Place where served: LAURIE BABIN
        801 Gervais St. Columbia, S.C. 29201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07-01-2008
        Date          *Signature of Server*

    4265 Augusta Road Lexington SC 29073 (N)
    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.