# RODRIGUEZ O'DONNELL ROSS
# GONZALEZ & WILLIAMS, P.C.
### ATTORNEYS AND COUNSELLORS AT LAW
WASHINGTON · CHICAGO · NEW YORK · LOS ANGELES

20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TELEPHONE 312-372-7000
FACSIMILE 312-372-1719

5777 W. CENTURY BLVD.
LOS ANGELES, CA 90045
TELEPHONE 310-410-4414
FACSIMILE 310-410-1017

HENRY P. GONZALEZ, LL.M.

DIRECT DIAL: 202-973-2980
gonzalez@rorfgw.com

Admitted in New York; In D.C.,
practice limited to matters before
federal courts and agencies.

REPLY TO:

1211 CONNECTICUT AVENUE, N.W.
SUITE 800
WASHINGTON, D.C. 20036
TELEPHONE 202-293-3300
FACSIMILE 202-293-3307

45 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10111
TELEPHONE 212-332-8136
FACSIMILE 212-332-3401



September 4, 2008



**By Overnight Mail**

Honorable Judge Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   **Dimerco Express (U.S.A.) Corp. v. Corplogoware, LLC, et al.**
      **Case No.: 08 CV 5662 (RMB)**
      **Request for Adjournment**

Dear Judge Berman:

   We are the attorneys for Plaintiff in the above-referenced matter. An initial pre-trial conference is scheduled for Monday, September 8, 2008 at 9:00 a.m. We respectfully request an adjournment of the conference. This is our second request for an adjournment. Our first request for adjournment was granted.

   We conferred with Counsel Bentz Kirby for Defendant Post No Bills ("PNB"), and he does not oppose our request for an adjournment. Plaintiff and Defendant PNB continue to engage in settlement discussions. Recently, Attorney Kirby has dealt with a serious personal family matter, and we have prepared our office move for the last several weeks, which took away our respective time for the settlement discussions.

   In view of the above, we seek an adjournment to continue our settlement discussions with Defendant PNB. We respectfully request an adjournment of the initial pre-trial conference for another thirty (30) days.

Honorable Judge Richard M. Berman
September 4, 2008
Page 2 of 2

      We appreciate the Court's consideration to our request. If you have any questions, please do not hesitate to contact the undersigned counsel.

                Very truly yours,

                RODRIGUEZ O'DONNELL
                  GONZALEZ & WILLIAMS, P.C.

By: *[signature]*

Henry P. Gonzalez, LL.M.
Attorneys for Plaintiffs,
Dimerco Express (U.S.A.) Corp.

Cc:    <u>Via E-Mail</u>

        Bentz Kirby, Esq.
        Attorneys for Defendant Post No Bills

        Mr. Bob Evers
        CFO of Defendant Corplogoware, LLC

        Mr. Jay Todd Marburger
        CEO of Defendant Incentive Marketing, Inc.
        c/o Jonathon A. Fligg, Esq.
        Womble Carlyle
        Attorneys for Mr. Jay Todd Marburger, Individually

---

CONFERENCE ADJOURNED TO
10/16/08 @ 9:00 AM.

SO ORDERED:
Date: 9/5/05      *[signature]*
                Richard M. Berman, U.S.D.J.